MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MENODZA, aka AMBER RENEE MENDOZA,<br><br>Plaintiff,<br>vs.<br><br>CHARLES DANIELS, et. al.<br><br>Defendants | **Case No.:** 3:22-cv-00205-ART-CLB<br><br>**(Lead Case)**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |
| ROY TROST, aka DAISY LYNN MEADOWS,<br><br>Plaintiff,<br>vs.<br><br>NEVADA BOARD OF PRISON COMMISSIONERS, et. al.<br><br>Defendants | **Case No.:** 3:22-cv-0214-ART-CSD |
| JUSTIN MENODZA, aka AMBER RENEE MENDOZA, and ROY TROST, aka DAISY LYNN MEADOWS,<br><br>Plaintiffs,<br>vs.<br><br>CHARLES DANIELS, et. al.<br><br>Defendants | **Case No.:** 3:22-cv-0369-ART-CSD |

1

| | |
|---|---|
| ROY TROST, aka DAISY LYNN MEADOWS,<br><br>          Plaintiff,<br>     vs.<br><br>TENISHA COOKE, et. al.<br><br>Defendants | Case No.: 3:22-cv-0320-ART-CLB |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE CONSOLIDATED SECOND AMENDED COMPLAINT (FIRST REQUEST)**

Plaintiffs ROY TROST, aka DAISY LYNN MEADOWS and JUSTIN MENDOZA, aka AMBER MENDOZA, Defendants,[1] and Interested Party NEVADA DEPARTMENT OF CORRECTIONS (collectively "Parties") by and through their respective counsel,[2] hereby stipulate and request that this Court extend the deadline to file the Consolidated Second Amended Complaint by fourteen (14) days, from March 17, 2023 to **March 31, 2023**. This Stipulation is being entered in good faith and not for the purposes of delay. This is the first request for an extension of this deadline.

Although this Court's previous scheduling order contemplates that "request for an extension of this discovery plan or any of the individual dates herein shall be filed and served no later than twenty-one (21) days before the expiration of the subject deadline" (ECF No. 30, p. 5:9-11) good cause exists to extend the deadline for multiple reasons.

First, Plaintiffs' counsel has recently had a medical emergency in her family, necessitating time away from the office. Second, although Plaintiffs' counsel has visited Plaintiffs in person multiple times and have had multiple telephone conversations with Plaintiffs, further discussion with Plaintiffs is warranted to clarify factual allegations and ensure thorough and accurate pleading. Third, Plaintiffs' counsel had several deadlines and events that needed to be addressed on short-notice; for instance, Ms. McLetchie was recently

---

[1] Defendants have not yet been served in this matter. Pursuant to this Court's Order, the Parties shall meet and confer as to whether Mr. Rands will accept service on behalf of Defendants. (ECF No. 30, p. 2:24-26.)

[2] Douglas R. Rands with the Office of the Attorney General is appearing for Interested Party Nevada Department of Corrections for the limited purpose of settlement discussions.

2

required to participate in oral argument before the Nevada Supreme Court with less than two weeks' notice.

This short extension will not prejudice any party, as counsel for Interested Party does not object. Further, no Defendant has yet been served and the discovery period has not yet begun. (*See* ECF No. 30, p. 3:11-15 (providing that discovery period begins on the service date of Defendants' Answer).) Indeed, all other portions of the Court's previous order (ECF No. 30) shall remain in effect.

Thus, the Court should permit this extension notwithstanding that it was not filed 21 days before the subject deadline.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 17th day of March, 2023. | DATED this 17th day of March, 2023. |
| MCLETCHIE LAW | AARON D. FORD, Attorney General |
| */s/ Leo S. Wolpert* <br> Margaret A. McLetchie, Esq. <br> Nevada Bar No. 10931 <br> Leo S. Wolpert, Esq. <br> Nevada Bar No. 12658 <br> 602 South Tenth St. <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiffs* | */s/ Douglas R. Rands* <br> Douglas R. Rands <br> 100 N. Carson Street <br> Carson City, Nevada 89701 <br> (775) 684-1150 <br> drands@ag.nv.gov <br> D. Randall Gilmer <br> 555 E. Washington St., Ste. 2600 <br> Las Vegas, Nevada 89101 <br> (702) 486-3774 <br> *Attorneys for Interested Party* |

**ORDER**

Accordingly, Plaintiffs' stipulation is granted. Plaintiffs shall file their Consolidated Second Amended Complaint by no later than **Friday, March 31, 2023.** No further extensions of time will be granted. The Answer shall be due **30 days** from the date the screening order is issued.

**IT IS SO ORDERED.**

Dated: March 17, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**