1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MENDOZA, aka AMBER RENEE MENDOZA, and ROY TROST, aka DAISY LYNN MEADOWS,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, et al.<br><br>Defendants. | Case No.  3:22-cv-00205-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiffs JUSTIN MENDOZA, aka AMBER RENEE MENDOZA, and ROY TROST aka DAISY LYNN MEADOWS, by and through their attorneys of record, McLetchie Law Group, PLLC and Defendants, Nevada Board of Prison Commissioners et. al., by and through their attorney of record, hereby stipulate and agree that the time for response to the amended complaint in this matter should be extended.

The purpose of the Stipulation is to allow Defendants additional time prepare a response to the Second Amended Complaint in this matter. Due to the trial calendar of Counsel for the Defendants and the necessity to obtain requests for representation from the multiple Defendants sued in this matter, additional time is required and requested. Therefore, the parties stipulate that the Defendants shall have additional time to respond to the Second Amended Complaint in this matter. The new deadline for

///
///
///
///

1

1  this response would be **30 days** from the date the response is currently due.  The Parties respectfully
2  request that this Court approve the new deadline of **July 14, 2023**.
3  IT IS SO STIPULATED.

4  DATED this 17th day of May, 2023                    DATED this 17th day of May, 2023

5  MCLETCHIE LAW                                        AARON D. FORD, Attorney General

7  */s/ Margaret A. McLetchie*                          */s/ Douglas R. Rands*
   Margaret A. McLetchie, Bar No. 10931                 Douglas R. Rands, Bar No.  3572
   Leo S. Wolpert, Bar No. 12658                        Senior Deputy Attorney General
8  602 South Tenth Street                               100 N. Carson Street
   Las Vegas, Nevada 89101                              Carson City, Nevada 89701
                                                        D. Randall Gilmer, Bar No. 14001
10 *Attorneys for Plaintiff*                            Chief Deputy Attorney General
                                                        555 E. Washington Avenue, Suite 3900
11                                                      Las Vegas, Nevada 89101

                                                        *Attorneys for Defendants*

15                          **ORDER**

17                          **IT IS SO ORDERED.**

                            _____
18                          **UNITED STATES MAGISTRATE JUDGE**
19                          DATED: May 17, 2023

2