AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY TROST, aka DAISY LYNN MEADOWS, and JUSTIN MENDOZA, aka AMBER RENEE MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, et al.<br><br>Defendants. | Case No.  3:22-cv-00205-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br>**(Second Request)** |

  Plaintiffs ROY TROST aka DAISY LYNN MEADOWS, and JUSTIN MENDOZA, aka AMBER RENEE MENDOZA, by and through their attorneys of record, McLetchie Law Group, PLLC and Defendants, Nevada Board of Prison Commissioners et. al., by and through their attorney of record, hereby stipulate and agree that the time for response to the amended complaint in this matter should be extended.

  The purpose of the Stipulation is to allow Defendants additional time prepare a response to the second amended complaint in this matter.  Due to the trial calendar of Counsel for the Defendants and the necessity to obtain requests for representation from the multiple Defendants sued in this matter, additional time is required and requested.  Additionally, this matter was recently returned, internally, from the complex litigation division of the Office of the Attorney General to Counsel for the response.  There was not sufficient notice of this return for Counsel to respond adequately to this complaint. Therefore, the parties stipulate that the Defendants shall have additional time to respond to the second amended complaint in this matter.  The new deadline for

this response would be **30 days** from the date the response is currently due. The Parties respectfully request that this Court approve the new deadline of **August 14, 2023**.

IT IS SO STIPULATED.

| DATED this 14th day of July, 2023 | DATED this 14th day of July, 2023 |
|---|---|
| MCLETCHIE LAW | AARON D. FORD, Attorney General |
| */s/ Leo S. Wolpert* | */s/ Douglas R. Rands* |
| Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South Tenth St.<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Douglas R. Rands<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>(775) 684-1150<br>drands@ag.nv.gov<br>D. Randall Gilmer<br>555 E. Washington St., Ste. 2600<br>Las Vegas, Nevada 89101<br>(702) 486-3774<br>drgilmer@ag.nv.gov<br>*Attorneys for Defendants* |

**ORDER**

Accordingly, Defendants shall have until **August 14, 2023** to file their responsive pleading. **No further extensions will be granted under any circumstances.**

**IT IS SO ORDERED.**

**DATED: July 17, 2023.**

_____
**UNITED STATES MAGISTRATE JUDGE**