**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JUSTIN MENDOZA, a.k.a. AMBER RENEE MEADOWS, and ROY TROST, a.k.a. DAISY LYNNE MEADOWS

                              Plaintiffs,

    v.

CHARLES DANIELS, *et al.*,

                              Defendants.

Case No. 3:22-CV-00205-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTIONS REQUESTING CASE FILE**

[ECF Nos. 102, 103]

Before the Court are two motions filed by Plaintiff Roy Trost, a.k.a. Daisy Lynne Meadows ("Meadows"): (1) motion regarding prior counsel's refusal to provide case file, (ECF No. 102); and (2) motion to have control of case order sent to prior counsel, (ECF No. 103). In both, Meadows asks the Court to order Meadows' prior counsel to turn over the case file. (ECF Nos. 102; 103.) Meadows argues this is necessary because prison staff wrongfully confiscated her case documents from her cell. (*Id.*)

Meadows filed a similar motion in November 2025, which the Court denied. (ECF No. 97.) The Court explained to Meadows that her case was stayed until *pro bono* counsel is appointed, at which time Meadows' new attorney would receive a copy of the case file. (*Id.*) The Court also reminded Meadows that because the case is stayed "no further motions should be filed in this case until the stay is lifted." (*Id.*) *Pro bono* counsel still has not been appointed. (ECF No. 101.) Meadows' two motions requesting a copy of her case file, (ECF Nos. 102, 103), are therefore **DENIED**. Meadows is again reminded she may not file any motions while her case is stayed.

**IT IS SO ORDERED.**

**DATED**: _March 30, 2026_ .

_____
**UNITED STATES MAGISTRATE JUDGE**